In the Matter of GRACE E. CONNOLLY, Appellant, against MILTON L. BURNS, as Treasurer of Suffolk County, Respondent.

Submitted July 2, 1947; decided October 2, 1947.

*Eugene R. Hurley* for motion.

*Edgar F. Hazelton* and *John A. O'Keeffe* opposed.

Motion for leave to appeal dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.